# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

149339 & (11)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EDITH BUGBEE, Guardian and
Conservator of DONALD KERR,
L.I.P./P.P.,
   Plaintiff-Appellee,

v

             SC: 149339
             COA: 318926
             Saginaw CC: 13-019836-AV

ROBERT BENNETT,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

h0616